IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-171-FDW-DCK

| | |
|---|---|
| NORA WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, f/k/a LIBERTY | ) |
| LIFE ASSURANCE COMPANY OF | ) |
| BOSTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Lindsay Osterhout, concerning Erik W. Berger, on June 15, 2023. Erik W. Berger seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Erik W. Berger is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 15, 2023

David C. Keesler
United States Magistrate Judge