UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00171-FDW-DCK

| | |
|---|---|
| NORA WALKER, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' Joint Notice of Settlement, filed on August 14, 2023. (Doc. No. 13). The parties have reached a settlement and request that this Court "administratively close this matter, subject to the right of any party to move the Court within 60 days for entry of a stipulated form of dismissal with prejudice, or on good cause shown, to reopen the case for further proceedings." (Id.).

Based on the parties' representation, the Court respectfully **DIRECTS** the Clerk's Office to **ADMINISTRATIVELY CLOSE THIS CASE**, subject to the parties' right to file a motion to reopen this case within sixty (60) days of this Order. However, counsel is cautioned that reopening this matter will not alter the remaining deadlines. (See Doc. No. 12).

    **IT IS SO ORDERED.**

Signed: August 17, 2023

_____
Frank D. Whitney
United States District Judge